| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Davida Mahalaleel Chike-Ogwo <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx-xx-5060 |
| | | EIN: | __-_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __-_____ |
| United States Bankruptcy Court: | Eastern District of Virginia | Date case filed for chapter: | 7   12/3/24 |
| Case number: | 24-12254-BFK | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Davida Mahalaleel Chike-Ogwo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 585 Grove St Ste 145 PMB 1056 <br> Herndon, VA 20170 | |
| 4. | **Debtor's attorney** <br> Name and address | Ashley Frances-May Morgan <br> Ashley F. Morgan Law, PC <br> 722 Grant Street Suite G <br> Herndon, VA 20170 | Contact phone (703) 880-4881 <br> Email: ashley@afmorganlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Donald F. King <br> 1775 Wiehle Avenue, Suite 400 <br> Reston, VA 20190 | Contact phone (703) 218-2100 <br> Email: Kingtrustee@ofplaw.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: December 4, 2024 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 9, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to: www.justice.gov/ust/moc | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 558 700 8596, and Passcode 1201030112, or call 1(571) 758–2246** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 10, 2025** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page 3

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 24-12254-BFK

Davida Mahalaleel Chike-Ogwo     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: Nathaniel     Page 1 of 2

Date Rcvd: Dec 04, 2024     Form ID: 309A     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Davida Mahalaleel Chike-Ogwo, 585 Grove St Ste 145 PMB 1056, Herndon, VA 20170-4791 |
| 16584375 | | H&R Accounts, 53220 22nd Avenue, Moline, IL 61265-0000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ashley@afmorganlaw.com | Dec 05 2024 00:43:00 | Ashley Frances-May Morgan, Ashley F. Morgan Law, PC, 722 Grant Street Suite G, Herndon, VA 20170 |
| tr | + | EDI: BDFKING | Dec 05 2024 05:32:00 | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 16584368 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 05 2024 00:59:32 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16584369 | + | EDI: CAPITALONE.COM | Dec 05 2024 05:32:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16584370 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 05 2024 00:44:00 | ChexSystems, Inc., Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 16584371 | + | EDI: DISCOVER | Dec 05 2024 05:32:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 16584372 | | Email/Text: bankruptcycourts@equifax.com | Dec 05 2024 00:43:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 16584373 | ^ | MEBN | Dec 05 2024 00:37:24 | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 16584374 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 05 2024 00:43:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508-0000 |
| 16584376 | + | Email/Text: bankruptcy@huntington.com | Dec 05 2024 00:44:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 16584377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 00:43:00 | Mr. Cooper, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 16584378 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 00:43:00 | Mrc/united Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 16584379 | | Email/Text: legal@texaschildrens.org | Dec 05 2024 00:43:00 | TEXAS CHILDRENS HOSPITAL, 6621 FANNIN ST, Houston, TX 77030-0000 |
| 16584380 | ^ | MEBN | Dec 05 2024 00:37:18 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 16584381 | | Email/Text: bknotice@upgrade.com | Dec 05 2024 00:43:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery |

Case 24-12254-BFK    Doc 5    Filed 12/06/24    Entered 12/07/24 00:14:24    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0422-9 | User: Nathaniel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: 309A | Total Noticed: 19 |

| 16584367 | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Dec 05 2024 00:44:00 | Street 23rd Floor, San Francisco, CA 94111-0000<br>United States Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16584382 | EDI: USBANKARS.COM | Dec 05 2024 05:32:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166-0000 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 06, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Frances-May Morgan | on behalf of Debtor Davida Mahalaleel Chike-Ogwo ashley@afmorganlaw.com ashley.milaneslaw@gmail.com;morganar66187@notify.bestcase.com;afmorganlaw@gmail.com |
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com;shalonte.harrod@ofplaw.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3